IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LUCAS B. HORTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:23-cv-0069-K |
| | § | |
| WARNOCK FOR GEORGIA, INC., | § | |
| | § | |
| Defendant. | § | |

## **JUDGMENT**

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that Plaintiff Lucas B. Horton's motion for default judgment [Dkt. No. 9] is GRANTED IN PART AND DENIED IT IN PART; default judgment is ENTERED as to Horton's claims that Defendant Warnock for Georgia, Inc. violated 47 U.S.C. § 227(b)(1)(A)(iii) [Claim 1], Texas Business and Commerce Code § 305.053(a) [Claim 4], and 47 C.F.R. § 64.1200(d)(1) [Claim 5]; and Horton is AWARDED $4,500 in damages.

SO ORDERED.

Signed January 29th, 2024.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE